**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Ronald EVANS, Defendant—Appellant.**

**No. 10-7097.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 18, 2010.

Decided: Dec. 1, 2010.

Ronald Evans, Appellant Pro Se. Laura Marie Everhart, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before SHEDD and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Evans appeals the district court's order denying his Fed.R.Civ.P. 60(b) motion for reconsideration of the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for sentence reduction based upon Amendment 706 to the Sentencing Guidelines. As the district court lacked the authority to grant reconsideration of its previous order, *see United States v. Goodwyn,* 596 F.3d 233 (4th Cir.), *cert. denied,* —— U.S. ——, 130 S.Ct. 3530, 177 L.Ed.2d 1110 (2010), we affirm the

district court's order denying Evans' Rule 60(b) motion. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*